IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEREK I. ALLMON,

Plaintiff,

v.

USA,

Defendant.

Case No. 19-cv-999 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: November 4, 2021**          MARGARET M. ROBERTIE, Clerk of Court

                                                              s/Tina Gray
                                                               Deputy Clerk


**Approved:**    *s/J. Phil Gilbert*
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**